# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| GILBERT GENOWAY,<br><br>*Plaintiff*<br>v.<br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.<br><br>*Defendant* | ) ) ) ) ) ) Civil Action No. 2:17-cv-99-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   .

Date:  11/28/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen